NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1154

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG SEMICONDUCTOR, INC.,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

SHARP CORPORATION,

Intervenor.

On appeal from the United States International Trade Commission
in Investigation No. 337-TA-634.

ON MOTION

ORDER

Upon consideration of Sharp Corporation's motion for leave to intervene,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above. Sharp's

brief is due when the appellee's brief is due.

FOR THE COURT

FEB 17 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Ruffin B. Cordell, Esq.
       Clint A. Gerdine, Esq.
       Alan Cope Johnston, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 17 2010

JAN HORBALY
CLERK